UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MACK TRUDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20 CV 639 RWS |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

For good cause shown,

**IT IS HEREBY ORDERED that** plaintiff's motion for leave to withdraw [21] is granted, and plaintiff is now proceeding pro se and the Clerk of Court shall add plaintiff to the docket sheet using the address of record provided by plaintiff's counsel in the motion to withdraw.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of April, 2021.